UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BENT MORRIS,

    Petitioner,

                                            Case No.: 1:07-cv-454

v.

                                            HONORABLE PAUL L. MALONEY

CINDI CURTIN,

    Respondent.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Joseph G. Scoville in this action. The Report and Recommendation was duly served on the parties. No objections have been filed.

ACCORDINGLY, the Report and Recommendation (Dkt. #96) is hereby adopted as the opinion of the Court. Therefore,

**IT IS HEREBY ORDERED** that a conditional writ of habeas corpus issues solely on petitioner's claim that he was improperly deprived of his appeal of right from felony convictions in *People v. Morris*, Wayne County Circuit Court case no. 2001-001816-01.

**IT IS FURTHER ORDERED** that the petitioner shall be released from custody on said convictions 90 days from the date of this order, unless within that time the State of Michigan grants petitioner an appeal of right and appoints counsel to represent him on that appeal if he so qualifies.

Dated: August 29, 2011                                     /s/ Paul L. Maloney
                                                                   Paul L. Maloney
                                                                   Chief United States District Judge